# Comparative Market Analysis

for

Mr. and Mrs Levine



**2077 Center Ave 18F**
**Fort Lee, NJ 07024**

2 Bedrooms ◆ 2 Full Baths ◆ 0 Half Baths

Suggested Price: **$118,000**

Prepared By:



Douglas Hwang
**Simply Real Estate**
120 Sylvan Ave. - Suite 106
Englewood Cliffs, NJ 07632
Office: (201) 464-1000
Contact: (201) 315-5540
Fax: (201) 648-7900
douglash219@gmail.com
10/14/2014



SIMPLY
REAL ESTATE



## Benefits of Working with a Member of the N

Working with a New Jersey Multiple Listing Service m resources that only the NJMLS can offer:

- An expansive network of agents, who combined buyers who come not just from New Jersey, but f world, including Australia, Belgium, Bermuda, Bro India, Israel, Korea, Mexico, Russia, Scotland, Sou

- Your listing publicized on our award-winning con

Douglas Hwang, proud member of the New Jersey Multiple Listing Service.

## Comparables to Your Property

**Sold**

### 2077 CENTER AVE 4D — $85,000



| | | | |
|---|---|---|---|
| Listing #: | 1419784 | Bedrooms: | 2 |
| County: | BERGEN | Baths Full/Half: | 2/0 |
| Area: | FORT LEE | County Locale: | 200 |
| Style: | CO-OP | Sub Style: | HIGHRISE |
| Taxes: | | Lot SqFt: | |
| Garage: | GUEST PARKING, PKG SPACE IN | Basement: | STORAGE |
| Year Built: | 1970'S | Heat/Cool: | BASEBOARD, CENT AIR, GAS, HEAT PUMP |
| DOM: | 93 | Closed Date: | 10/10/2014 |

Directions: MAIN TO CENTER AVE
Remarks: LARGE 2 BEDROOM, 2 BATH UNIT WITH TERRACE. PET FRIENDLY BUILDING-DOGS UNDER 25 LBS. CONVENIENTLY LOCATED TO NY COMMUTE. CLOSE TO SHOPPING, PARKS, ALL TRANSPORTATION. PARKING SPACE IN $70@MO. CABLE IS $47.91@MO.

### 2077 CENTER AVE 15D — $92,000



| | | | |
|---|---|---|---|
| Listing #: | 1325736 | Bedrooms: | 2 |
| County: | BERGEN | Baths Full/Half: | 2/0 |
| Area: | FORT LEE | County Locale: | 200 |
| Style: | CO-OP | Sub Style: | HIGHRISE |
| Taxes: | | Lot SqFt: | |
| Garage: | 1 CAR | Basement: | FINISHED |
| Year Built: | 1970'S | Heat/Cool: | HEAT PUMP |
| DOM: | 310 | Closed Date: | 5/27/2014 |

Directions: PEMBROKE
Remarks: LARGE COOP TWO BEDROOM ON HIGHER FLOOR IN ORIGINAL CONDITION. PRICED TO SELL QUICKLY. NEED 2 YEAR INCOME TAX RETURNS, CREDIT CHECK.

### 2077 CENTER AVE 10-F — $149,000



| | | | |
|---|---|---|---|
| Listing #: | 1400330 | Bedrooms: | 2 |
| County: | BERGEN | Baths Full/Half: | 2/0 |
| Area: | FORT LEE | County Locale: | 200 |
| Style: | CO-OP | Sub Style: | HIGHRISE |
| Taxes: | | Lot SqFt: | |
| Garage: | GUEST PARKING, PKG SPACE IN, 2 CAR | Basement: | NONE |
| Year Built: | 1970'S | Heat/Cool: | CENT AIR, GAS, HEAT PUMP, HOT AIR |
| DOM: | 59 | Closed Date: | 4/10/2014 |

Directions: MAIN STREET TO CENTER AVENUE
Remarks: CONVENIENCE AND ELEGANCE IN THIS BEAUTIFULLY RENOVATED AND FULLY UPDATED 10TH FLOOR UNIT. HARDWOOD FLOORS THROUGHOUT, NEW KITCHEN WITH GRANITE COUNTERTOPS, CERAMIC TILE FLOOR, STAINLESS STEEL APPLIANCES, AND GORGEOUS FLAT PANEL CHERRY CABINETRY. LARGE MASTER BEDROOM WITH TASTEFUL NEW EN SUITE FULL BATH AND WALK-IN CLOSET. THE MAIN BATH IS ALSO NEWLY RENOVATED. OUTSTANDING VIEW OF THE GWB FRO*

## Comparison Report

| Address | 2077 CENTER AVE 18F | 2077 CENTER AVE 4D | 2077 CENTER AVE 15D | 2077 CENTER AVE 10-F |
|---|---|---|---|---|
| Town | FORT LEE, NJ 07024 | FORT LEE | FORT LEE | FORT LEE |
| MLS# | Subject | 1419784 | 1325736 | 1400330 |
| Status |  | S | S | S |
| Original List Price | $118000 | $124,000 | $69,900 | $149,000 |
| Final List Price |  | $124,000 | $69,900 | $149,000 |
| Sold Price |  | $85,000 | $92,000 | $149,000 |
| Sold % of Original List |  | 68.55% | 131.62% | 100.00% |
| Sold % of Final List |  | 68.55% | 131.62% | 100.00% |
| Sale Date |  | 10/10/2014 | 5/27/2014 | 4/10/2014 |
| DOM |  | 93 | 310 | 59 |
| Bedrooms | 2 | 2 | 2 | 2 |
| Full Baths | 2 | 2 | 2 | 2 |
| Half Baths | 0 | 0 | 0 | 0 |
| Building/Complex | PEMBROKE | PEMBROKE | PEMBROKE | PEMBROKE |
| List Date | 9/3/2014 | 2014-05-28.. | 2013-07-16.. | 2014-01-05.. |
| Status Date |  | 10/10/2014 | 5/27/2014 | 4/10/2014 |
| Style | CO-OP | CO-OP | CO-OP | CO-OP |
| SubStyle | HIGHRISE | HIGHRISE | HIGHRISE | HIGHRISE |
| Basement | NONE | STORAGE | FIN | NONE |
| Garage | PKG SPC OUT | GUEST PARK.. | 1C | GUEST PARK.. |
| Fireplace | NONE | NONE | NONE | NONE |
| Heat/Cool | CENT AIR, GAS | BB, CENT, .. | HPMP | CENT, GAS,.. |
| Unit SqFt |  | 1012 | 1012 | 1012 |
| Taxes |  |  |  |  |
| Maint. Charge | 1418.25 | 1238.76 | 1276.00 | 1419.00 |
| Price | 118000 | $85,000 | $92,000 | $149,000 |

## Summary of Comparables

**Sold**

| MLS# | P | St | VT | DOM | Town | Price | Style | Address | BR | FB | HB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1419784 | Y | S | N | 93 | FTLEE | $85,000 | CO-OP | 2077 CENTER AVE 4D | 2 | 2 | 0 |
| 1325736 | Y | S | N | 310 | FTLEE | $92,000 | CO-OP | 2077 CENTER AVE 15D | 2 | 2 | 0 |
| SUBJECT | | | | | | $118000 | CO-OP | 2077 CENTER AVE 18F | 2 | 2 | 0 |
| 1400330 | Y | S | Y | 59 | FTLEE | $149,000 | CO-OP | 2077 CENTER AVE 10-F | 2 | 2 | 0 |

## Map of Comparables



| # | MLS# | St | Town | Price | Address |
|---|------|----|----|-------|---------|
| 1 | 1419784 | S | FTLEE | $85,000 | 2077 CENTER AVE 4D |
| 2 | 1325736 | S | FTLEE | $92,000 | 2077 CENTER AVE 15D |
| 3 | 1400330 | S | FTLEE | $149,000 | 2077 CENTER AVE 1.. |

## Pricing Your Property

| Status | # | Average | Minimum | Maximum | Avg DOM |
|---|---|---|---|---|---|
| Sold | 3 | $108,667 | $85,000 | $149,000 | 154 |
| Total Listings | 3 | Sold properties closed averaging (95.07%) of their final list price (FLP). This reflects a (4.93%) difference between property sale prices and their *FLP's. | | | |

|  | Amount |
|---|---|
| Avg. Price Sold Comps: | $108,667 |
| Data Indicated List Price**: | $114,024 |
| Suggested List Price: | $118000 |

* FLP: Final List Price – list price that drew the offer that closed     ** (Average Price Sold Comps) x (1 + %Difference of Sold Price-to-FLP)

### How the List Price Looks in the Market



## Market Trend Charts for Condo/Coop/Twnh Properties in Fort Lee



Average Units Sold per Month for this period: 39.7
Total Units Sold for this period: 238



Average Units UC per Month for this period: 36.0
Total Units UC for this period: 216



Average Sold DOM for this period: 104
Average UC DOM for this period: 103



Average Median Sold Price for this period: $235,992

--- This CMA is not an appraisal and should not be considered the equivalent of an appraisal. ---
--- Price reflected on CMA may include adjustments. ---
--- Information herein deemed reliable but not guaranteed. 10/14/2014 10:36:54 PM ---
--- Copyright: 2014 by New Jersey MLS, Inc. ---