| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>John W. Sywilok, Esq. (JS 2289)<br>Godlesky & Sywilok, Esqs.<br>51 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Attorneys for Debtors | Chapter 13 |
| In Re:<br><br>BARRY LEVINE and<br>MARILYN LEVINE<br><br>Debtors. | Case No. 13-36917-TBA<br><br>Hearing Date:<br><br>Judge: Donald H. Steckroth |

## SUPPLEMENTAL CERTIFICATION IN SUPPORT OF
## MOTION TO SELL PROPERTY

I, JOHN W. SYWILOK, of full age, hereby certifies as follows:

1. I am the attorney for debtors and this certification supplements the Notice of Motion to sell real property.

2. I am familiar with the facts herein and am authorized by the debtors to make this certification.

3. The Sales Price for the Cooperative Unit known as Unit 18F, 2077 Center Avenue, Fort Lee, New Jersey is $118,00.00. A credit in the sum of $500.00 is being given to the Buyer for certain repairs to the unit.

4. The debtors propose to pay the following at closing:

      A. JP Morgan Chase Bank - the sum of $14,278.65, based on the statement of 10/1/2014, less monthly payment for October and other minor adjustment; and

  B. 2077 Tenants Corporation - the sum of $19,332.09, plus any adjustment for the current maintenance due at time of closing. However, the debtors believe this figure is inaccurate. The debtors believe that the correct figure is $17,537.94. The debtors made nine monthly payments of maintenance for 2013. The creditor gives credit for only eight months.

5. The realtor and attorney for debtors will submit applications for payment for services rendered in procuring buyer, and negotiation, preparing of contract and closing of title. These are expected to be $8,500.00 or less.

6. The remaining parties to be paid are unsecured creditors who filed Proofs of Claim totaling the sum of $6,992.97.

7. The expect disbursement in this matter will be approximately $49,100.00. As a result, there is expected return to the debtors of approximately $68,400.00.

8. The debtors request that they receive the sum of $20,000.00 at the time of closing with the balance plus the payments for the realtor and attorney fees, and payments to unsecured creditors be turned over to the Chapter 13 for normal administration.

9. The debtors are seniors and there only source of income is social security, and both have had substantial medical issues over the last 6 months.

10. The debtors request that the relief set forth herein be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

                 _____
                 JOHN W. SYWILOK

Dated: November 3, 2014

File #61169